**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MAGNESS TRANSPORTATION, INC.,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-1314**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**TRI STAR ENERGY, LLC, *et al.*,**

**Defendants.**

# ORDER

This matter is before the Court on Plaintiff's Motion to Transfer to Western Division (ECF No. 4). Therein, Plaintiff represents that this case was inadvertently filed in the Eastern Division of the Southern District of Ohio, rather than the Western Division at Cincinnati. For good cause shown, Plaintiff's Motion is **GRANTED**. The Clerk is **DIRECTED** to transfer this case to the United States District Court for the Southern District of Ohio, Western Division at Cincinnati, for further proceedings.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE